Elise R. Sanguinetti, Esq. (SBN: 191389)
elise@asstlawyers.com
Jamie G. Goldstein, Esq. (SBN: 302479)
jamie@asstlawyers.com
**ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP**
555 12th Street, Suite 1230
Oakland, California 94607
Tel: (510) 629-4877 | Fax: (510) 491-9742

*Attorneys for Brandon Villarreal and James Gregory*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BRANDON VILLARREAL, a minor, by and through his guardian ad litem, DONALD VILLARREAL and JAMES GREGORY, individually and as the Successor in Interest of the Estate of Larra Ann Gillis,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; DEPUTY J. MENDOZA; OFFICER P. SANCHEZ; DEPUTY WONG; OFFICER ANNA ROCAMORA; DEPUTY DOUGLAS RAARUP; CITY OF MARINA; BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY; OFFICER ROBIN LELAND; CORPORAL CAROLYN PELIOVA; CORPORAL DANIEL ANDRADA; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; LORI EDWARDS, R.N. and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:16-cv-06672 LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Case Management Conference:<br>DATE: December 6, 2017<br>TIME: 2:00 p.m.<br>COURTROOM: 8, Fourth Floor (San Jose) |

Plaintiffs BRANDON VILLARREAL, a minor, by and through his guardian ad litem, DONALD VILLRREAL and JAMES GREGORY, individually and as the Successor in Interest of the Estate of Larra Ann Gillis (hereinafter "Plaintiffs") and Defendants COUNTY OF MONTEREY, SHERIFF STEVE BERNAL, in his individual and official capacity, DEPUTY J. MENDOZA; OFFICER P. SANCHEZ, DEPUTY WONG, OFFICER ANNA ROCAMORA, DEPUTY DOUGLAS RAARUP, BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY,

OFFICER ROBIN LELAND, CORPORAL CAROLYN PELIOVA and CORPORAL DANIEL ANDRADA, CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D. and LORI EDWARDS, R.N., hereby submit this Joint Case Management Statement pertaining to the Case Management Conference set for December 6, 2017 in this Court.

## I. Jurisdiction and Service

This Court has subject-matter jurisdiction over Plaintiffs' federal claims pursuant to 28 U.S.C. §§ 1331 and 1343 and over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1376 because the claims form part of the same case or controversy arising under the United States Constitution and federal law. No issues exist regarding personal jurisdiction or venue.

Plaintiffs have served all Defendants at this time.

## II. Summary of Factual And Legal Contentions

### A. Plaintiffs' Factual and Legal Contentions

Plaintiffs are the surviving children of Larra Gillis, decedent. Ms. Gillis was arrested by Defendants Officer Leland, Corporal Peliova and Corporal Andrada in the early morning of December 4, 2015. Plaintiffs' allege Ms. Gillis sustained injuries at the time of her arrest. She was also in distress and appeared to be under the influence of drugs. Ms. Gillis was brought to Monterey County Jail at the time of her arrest. No medical attention was provided by the arresting Defendants or at Monterey County Jail. Ms. Gillis was placed in a safety cell where she remained for twenty-eight (28) hours with no food and only one cup of water. She repeatedly shouted for help, but none was provided until she was found nearly unconscious and covered in feces. She was finally transported to Natividad Hospital on December 5, 2015 at approximately 12:25 pm. She was suffering from sepsis, severe dehydration and kidney failure. Ms. Gillis was intubated and never regained consciousness. She died on December 19, 2015.

Plaintiffs have brought claims against Defendants for civil rights violations, deliberate indifference, medical malpractice, battery, wrongful death and negligence.

### B. Defendants' Factual and Legal Contentions

**CSU Defendants**

On December 4, 2015, CSU Police Department Officers Robin Leland, Carolyn Peliova and

2
JOINT CASE MANAGEMENT STATEMENT

Daniel Andrada responded to a call that a woman (Larra Gillis) was running in and out of traffic, endangering her life and the lives of motorists. When the officers contacted Gillis, she appeared to be under the influence of a controlled substance and was combative when the officers tried to assist her and pull her out of traffic. When the officers learned that Gillis was on parole, she was transported to the Monterey County Jail, where she was placed in a safety cell.

The CSU defendants deny that excessive or unreasonable force was used against Gillis, that they were negligent in any respect, and that they can be liable for failing to provide medical care to Gillis.

**Monterey County Defendants**

Monterey County Defendants contend that Ms. Gillis was in an extremely combative state when brought to Monterey County jail and was a danger to others. She was immediately placed in a safety cell, medical assessment was initiated, and safety and medical checks were carried out as required until she was transported to Natividad Medical Center. Monterey County Defendants deny that they failed to provide Ms. Gillis any assistance, care or security and deny they are liable for any lack of care.

Further, Monterey County Defendants deny that County personnel were not properly trained, or that there were not policies and procedures in place sufficient to provide Ms. Gillis adequate medical care.

**CFMG Defendants**

CFMG defendants, including CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D., and LORI EDWARDS, R.N., contend that Ms. Gillis received appropriate medical care and treatment while she was at the Monterey County Jail. The records and documentation generated at the time confirms that Ms. Gillis was timely and properly monitored and assessed.

**III.   MOTIONS**

**A.   Past Motions**

City of Marina filed a Motion to Dismiss, which was granted with leave to amend. Plaintiffs agreed to the dismissal and did not move to amend.

County of Monterey filed a Motion to Strike and Motion to Dismiss. The Motion to Strike

was denied. The Motion to Dismiss was granted as to Count 6, Medical Malpractice.

**B.      Pending Motions**

Plaintiffs filed a second Motion to Quash certain subpoenas and is currently under submission with the Eastern District.

Plaintiffs filed an objection to subpoenas for Plaintiffs' juvenile records, which is currently pending in the Superior Court of California, Monterey County.

**C.      Anticipated Motions**

The parties anticipate filing motions, when necessary, related to discovery as well as motions related to trial.

The CSU defendants anticipate filing a Motion for Summary Judgment after discovery has been conducted.

Monterey County Defendants anticipate filing a motion for summary judgment at the completion of discovery.

**IV.     Amendments To The Pleadings**

Plaintiffs have met and conferred with Defendants California State University, Officer Leland, Corporal Peliova and Corporal Andrada and have stipulated to dismiss claims one, three and four related to these defendants.

**V.      Evidence Preservation**

The parties hereby certify that they have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI"), and confirm that they have met and conferred pursuant to Federal Rule of Civil Procedure 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. The parties agree to preserve records related to the litigation and take the necessary steps to prevent destruction, loss, concealment or alteration of any paper, document or electronically stored information and other data or information generated or stored on computers, storage media or email servers. The parties also agree to initiate an immediate litigation hold for potentially relevant ESI, documents and tangible items.

The parties further agree to intervene to prevent loss as a result of routine operations and

employ techniques to safeguard against the advertent or inadvertent destruction of all evidence. Evidence that exists in more than one form, will be preserved in all forms. The parties will immediately identify and modify or suspend features of any information systems and devices that, in their routine operation, cause the loss of documents, tangible items or ESI.

The parties further agree to preserve documents, tangible items and ESI that compromise or contain potentially relevant evidence and that are created or come into their custody, possession or control subsequent to the date of this filing. The parties will take all appropriate action to avoid destruction of potentially relevant evidence.

The parties are currently working on an ESI protocol to govern electronic discovery.

**Disclosures**

The parties have exchanged initial disclosures.

**VI.** **Discovery**

**A.** **Status of Discovery**

The CSU defendants have propounded initial written discovery on the plaintiffs and have subpoenaed certain records. Plaintiffs have answered CSU defendants' initial discovery. Plaintiffs have served discovery including deposition notices.

**B.** **Scope of Discovery**

Plaintiffs have served written discovery and have noticed the depositions of certain Defendants and potentially other witnesses identified in discovery. The parties will work together to coordinate dates for these depositions, as well as the depositions of the plaintiffs and guardian ad litem.

Defendants CALIFORNIA FORENSIC MEDICAL GROUP, TAYLOR FITHIAN, M.D. and LORI EDWARDS, R.N., and COUNTY OF MONTEREY Defendants, intend to serve written discovery, conduct depositions of the plaintiffs and possible witnesses concerning issues of liability and damages.

The CSU defendants have served written discovery and records subpoenas. The CSU defendants will conduct depositions of the plaintiffs and possible witnesses concerning issues of both liability and damages.

The Monterey County Defendants intend to take the depositions of Plaintiffs and related witnesses, we well as written discovery and subpoenas for documents/records, as to issues of liability and damage.

### C. Limitations or Modifications on Discovery

The parties do not anticipate limitations or modification to the discovery rules at this time.

### D. E-Discovery Order

The parties anticipate they will require an e-discovery plan and will meet and confer to reach a stipulated order.

### E. Proposed Discovery Plan

On March 1, 2017, the Court issued a Case Management Order, setting a fact discovery cut-off date of March 26, 2018, and an expert discovery cut-off date of May 14, 2018.

## VII. Class Actions

This case is not a class action.

## VIII. Related Cases

There are no related cases.

## IX. Relief

### Plaintiffs

Plaintiffs seek compensatory, general and special damages in an amount to be proven at trial and prejudgment interest. Plaintiffs also seek punitive and exemplary damages in an amount to punish and deter other from engaging in similar misconduct. Plaintiffs further seek costs of suit and reasonable attorneys' fees and cost pursuant to 42 U.S.C. § 1988, and as otherwise authorized by statute or law. Plaintiffs further seek such other relief that the Court deems proper.

## X. Settlement and ADR

The parties were referred to Magistrate Judge Susan van Keulen for a settlement conference. A settlement conference has been scheduled for January 8, 2018.

## XI. Consent to a Magistrate Judge for All Purposes

The parties do not consent to have a magistrate judge conduct all further proceedings.

/././

**XII. Other References**

The parties do not believe this case is suitable for reference to binding arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

**XIII. Narrowing of Issues**

The parties do not believe the issues can be narrowed at this time.

**XIV. Expedited Trial Procedure**

The parties do not believe this is the type of case that can be handled under the Expedited Trial Procedure of General Order No. 64.

**XV. Scheduling Plan**

On March 1, 2017, the Court issued a Case Management Order, setting the key dates and deadlines for this action (Doc. 47).

**XVI. Trial**

The parties request trial by jury.

**XVII. Disclosure of Non-Party Interested Entities or Persons**

Plaintiffs, CSU Defendants, Monterey County Defendants and CFMG defendants have filed the Certification of Interested Entities or Persons required by Local Rule 3-15.

**XVIII. Professional Conduct**

All attorneys of record have reviewed the Guidelines for Professional Conduct for the Northern District of California.

Dated: November 21, 2017　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ARIAS, SANGUINETTI, STAHLE & TORRIJOS, LLP

　　　　　　　　　　　　　　　　　　　　　By:　/s/ Elise R. Sanguinetti
　　　　　　　　　　　　　　　　　　　　　　　　Elise R. Sanguinetti
　　　　　　　　　　　　　　　　　　　　　　　　Jamie G. Goldstein
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　Brandon Villarreal, a minor, and James Gregory

|   |   |   |   |
|---|---|---|---|
| | | | Carpenter, Rothans & Dumont |
| Dated: November 21, 2017 | | By: | /s/ Jill Williams |
| | | | Jill Williams |
| | | | Attorneys for Defendants |
| | | | Board of Trustees of the California State University, Officer Leland, Corporal Peliova, Corporal Andrada |

|   |   |   |   |
|---|---|---|---|
| Dated: November 21, 2017 | | By: | /s/ Irv Grant |
| | | | Irv Grant |
| | | | Attorneys for Defendants |
| | | | County of Monterey, Sheriff Bernal, Deputy Mendoza, Officer Sanchez, Deputy Wong, Office Rocamora, Deputy Raarup |

|   |   |   |   |
|---|---|---|---|
| | | | Hinshaw, Marsh, Still & Hinshaw, LLP |
| Dated: November 21, 2017 | | By: | /s/ Bradford Hinshaw |
| | | | Bradford Hinshaw |
| | | | Jennifer Wagster |
| | | | Attorneys for Defendants |
| | | | California Forensic Medical Group, Taylor Fithian, M.D. and Lori Edwards, R.N. |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 555 12th Street, Suite 1230, Oakland, CA 94607. On November 21, 2017, I served the following document(s):

**JOINT CASE MANAGEMENT STATEMENT**

**X** **By Mail:** By placing a true copy of the documents(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Oakland, California addressed as set forth below:

**X** **By Electronic Delivery:** Electronically serving copies of the above referenced document(s) through e-mail in this action and service was completed on all parties listed on the service list below.

Irven L. Grant
Monterey County Office of County of Counsel
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2680
Email: granti@co.monterey.ca.us

Jill Williams
Carpenter, Rothans and Dumont
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
Email: jwilliams@crdlaw.com

Bradford Hinshaw, Esq.
Hinshaw, Marsh, Still & Hinshaw, LLP
12901 Saratoga Avenue
Saratoga, CA 95070
Email: bhinshaw@hinshaw-law.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 21, 2017, at Oakland, California.

                                                    /s/ Celeste Molina
                                                      Celeste Molina