Elise R. Sanguinetti, Esq. (CSB# 191389)
Jamie G. Goldstein, Esq. (CSB# 302479)
**ARIAS, SANGUINETTI, WANG & TORRIJOS**
2200 Powell Street, Suite 740
Emeryville, CA  94608
Tel:  (510) 629-4877
Fax: (510) 291-9742

*Attorneys for Brandon Villarreal and James Gregory*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BRANDON VILLARREAL, a minor, by and through his guardian ad litem, DONALD VILLARREAL and JAMES GREGORY, individually and as the Successor in Interest of the Estate of Larra Ann Gillis,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; SHERIFF STEVE BERNAL, in his individual and official capacity; DEPUTY J. MENDOZA; OFFICER P. SANCHEZ; DEPUTY WONG; OFFICER ANNA ROCAMORA; DEPUTY DOUGLAS RAARUP; CALIFORNIA FORENSIC MEDICAL GROUP; TAYLOR FITHIAN, M.D.; LORI EDWARDS, R.N. and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 5:16-cv-06672-LHK<br><br>**DECLARATION OF JAMIE G. GOLDSTEIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT COUNTY OF MONTEREY, SHERIFF STEVE BERNAL, DEPUTY J. MENDOZA, OFFICER P. SANCHEZ, DEPUTY WONG and DEPUTY DOUGLAS RAARUP'S MOTION FOR SUMMARY JUDGMENT** |

I, Jamie G. Goldstein, declare:

1. I am licensed to practice in the State of California, and I am an attorney with Arias Sanguinetti Wang & Torrijos, LLP, attorneys for Plaintiffs in this matter. If called as a witness, I could and would testify competently to the truth of the facts stated in this

-1-

declaration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the referenced pages to the deposition of Defendant Deputy Wesley Wong.

3. Attached hereto as Exhibit 2 is a true and correct copy of the referenced pages to the deposition of Defendant Julie Nieman, RN.

4. Attached hereto as Exhibit 3 is a true and correct copy of video produced by Defendant County of Monterey through discovery in this matter. Three video files are attached as Exhibit 3, identified by the following file names: 1512300-rcvd.irf "rcvd", 1512300-cell.irf "cell" and 1512300-exit.irt "exit".

5. Attached hereto as Exhibit 4 is a true and correct copy of the referenced pages to the deposition of Captain James Bass.

7. Attached hereto as Exhibit 5 is a true and correct copy of a document produced in discovery, identified as: County Policy 1104, Receiving and Intake Procedures and Duties.

8. In response to written discovery, County Defendants provided Ex. 5 (referenced above), which details the receiving deputies as responsible for completing the Intake Health Screening Form. No written policy making medical personnel responsible for the form was ever provided.

9. Attached hereto as Exhibit 6 is a true and correct copy of the referenced pages to the deposition of Commander Jon Thornburg.

10. Attached hereto as Exhibit 7 is a true and correct copy of the referenced pages to the deposition of Jeffrey Carter.

11. Attached hereto as Exhibit 8 is a true and correct copy of the CFMG Medical Records for decedent Larra Gillis for December 4, 2015, and December 5, 2015.

12. Attached hereto as Exhibit 9 is a true and correct copy of the document identified as: County Twenty-Four Hour Chronological Log of Events for December 5, 2015.

13. Attached hereto as Exhibit 10 is a true and correct copy of the document identified as: Safety Cell Log, for Larra Gillis for December 4, 2015 and December 5, 2015.

14. Attached hereto as Exhibit 11 is a true and correct copy of the referenced pages to the deposition of Lisa Pratt, M.D, MPH.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 20th day of June 2018, at Emeryville, California.

               _/s/ Jamie G. Goldstein_
               Jamie G. Goldstein
               *Declarant*